# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GLOBUS MEDICAL INC. : | |
| : | |
| : | Civil Action |
| Plaintiff, : | |
| : | No. 14-3105 |
| v. : | |
| : | |
| VORTEX SPINE, LLC et al., : | |
| : | |
| Defendants. : | |

## ORDER

**AND NOW**, this 24th day of July, 2014, upon consideration of Defendants' Memorandum in Support of Abstention and in Opposition to Plaintiff's Request for Injunctive Relief (Dkt. No. 8), it is hereby ORDERED that said Motion is DENIED IN PART, insofar as abstention is inappropriate. The Court will set a date for the Preliminary Injunction hearing after consulting the parties on an agreeable date.

BY THE COURT:

*/s/ C. Darnell Jones, II*

_____
C. DARNELL JONES, II,   U.S.D.J.