IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GLOBUS MEDICAL, INC., | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 14-3105 |
| | : | |
| VORTEX SPINE, LLC et al., | : | |
| Defendants. | : | |

**<u>ORDER</u>**

AND NOW, this 29th day of May, 2015, upon consideration of Defendants' Motion to Dismiss, (Dkt No. 17), and Plaintiff's Response, (Dkt No. 19), it is hereby ORDERED that said Motion is DENIED.

BY THE COURT:

/s/ C. Darnell Jones, II

---

C. Darnell Jones, II     J.